USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DONG HA LEE,                                : 18-Cv-4854 (SHS)

            Plaintiff,            :

   -against-                             : ORDER

CIRCLE NYC INC., *ET AL.*,           :

            Defendants.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The initial pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The parties have informed the Court that defendant Scott Alling has passed away and that he should be dismissed as a defendant in this case. Accordingly, defendant Scott Alling is dismissed from this action with prejudice;

    2.    The last day for defendants Circle NYC Inc., Robert Kwak and Joseph Ko's time to answer or move in response to the complaint is August 13, 2018;

    3.    The parties have agreed to seek private mediation of their dispute;

    4.    The parties will have 90 days in which to complete the mediation; and

    5.    There will be a status conference on November 7, 2018, at 4:30 p.m.

Dated: New York, New York
       August 8, 2018

SO ORDERED:

Sidney H. Stein, U.S.D.J.