UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DONG HA LEE

          Plaintiff,

          -against-

CIRCLE NYC. INC., ROBERT KWAK,
JOSEPH KO,

          Defendants.
-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  2/6/19
```

Civil Action No.: 1:18-cv-4854(SHS)

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned action, through their undersigned counsel, stipulate
and agree as follows:

1. No party hereto is an infant or incompetent person for whom a committee has been
   appointed and no non-party has an interest in the subject matter of the action.

2. The Joint Stipulation of Settlement and Release is fair and reasonable, and adequate to
   redress Plaintiff's claims in this action.

3. In accordance with Rule 41 of the Federal Rules of Civil Procedure and Cheeks v.
   Freeport Pancake House. Inc., 796 F.3d 199 (2d Cir. 2015), this action is dismissed with
   prejudice in its entirety.

-1-

4. This Stipulation may be executed in counterparts and facsimile or electronic copies of signatures shall be deemed originals for all purposes.

Dated: January 21, 2019
      Bayside, New York

      Kim & Bae, P.C.

      */s/ Farzad Ramin*
      By: Farzad Ramin, Esq.
      *Attorneys for Plaintiff*
      40-21 Bell Blvd., Second Floor
      Bayside, New York 11361
      (718) 321-0770
      Email: framin@kimbae.com

Dated: January 21, 2019
      New York, New York

      Morrison Tenenbaum, PLLC

      */s/ Lawrence Morrison*
      By: Lawrence Morrison, Esq.
      *Attorneys for Defendants*
      87 Walker Street, Second Floor
      New York, New York 10013
      (212) 620-0938
      Email: LMorrison@m-t-law.com

SO ORDERED THIS _____ DAY OF _____, 2019

_____
Hon. Sidney H. Stein
United States District Judge